# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUSTAVO GOMEZ,<br><br>             Petitioner,<br><br>    v.<br><br>MATTHEW CATE,<br>Secretary of California Department of<br>Corrections and Rehabilitation,<br><br>             Respondent. | Case No. CV 09-7701-DMG (JEM)<br><br>ORDER ADOPTING FINDINGS,<br>CONCLUSIONS, AND<br>RECOMMENDATIONS OF UNITED<br>STATES MAGISTRATE JUDGE |

     Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. Pursuant to the Notice of Filing of Magistrate Judge's Report and Recommendation, filed February 2, 2010, the time for filing Objections to the Report and Recommendation expired on February 23, 2010. On March 14, 2010, nearly three weeks after the filing deadline, Petitioner, through his counsel, filed Objections to the Report and Recommendation. The Court has made a de novo determination of those portions of the Report and Recommendation to which Petitioner has objected. The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

1  IT IS HEREBY ORDERED that: (1) Respondent's Motion to Dismiss is granted; and
2  (2) the Petition for Writ of Habeas Corpus is denied and dismissed with prejudice.

4  DATED:   May 10, 2010

                                        DOLLY M. GEE
                                  UNITED STATES DISTRICT JUDGE