# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUSTAVO GOMEZ,<br><br>                Petitioner,<br><br>     v.<br><br>MATTHEW CATE,<br>Secretary of California Department of<br>Corrections and Rehabilitation,<br><br>                Respondent. | Case No. CV 09-7701-DMG (JEM)<br><br>**J U D G M E N T** |

      In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

      IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus is denied and dismissed with prejudice.

DATED:   May 10, 2010

*/s/ Dolly M. Gee*
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE